**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| SCOTT NIELSEN, ) | |
|     PLAINTIFF, ) | |
| ) | |
| vs. ) | |
| ) Cause Number: | 2 10CV 417 |
| EFRON, EFRON & YAHNE, P.C., ) | |
|     DEFENDANT. ) | |

**COMPLAINT AND DEMAND FOR JURY TRIAL - INDIVIDUAL**

Plaintiff, Scott Nielsen ("Mr. Nielsen") on behalf of himself, by counsel, Michael P. McIlree, for his Complaint against the Defendant, Efron Efron & Yahne P.C., alleges and states as follows:

### INTRODUCTION

**1.** This is an action for damages brought by the Plaintiffs, for the Defendants' violations of the Federal FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. § 1692, *et seq.* (hereinafter referred to as "FDCPA") which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### JURISDICTION

**2.** This Court has jurisdiction over the claims in this matter pursuant to 15 U.S.C. § 1692.

### PARTIES

**3.** Mr. Nielsen is an individual consumer currently residing in Laporte County, Indiana.

1

**4.**     Efron Efron & Yahne P.C. is a law firm incorporated in the State of Indiana who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.

**5.**     Efron Efron & Yahne P.C. is a debt collector as defined by 15 U.S.C. §§ 1692a(6).

### FACTUAL ALLEGATIONS

**6.**     On October 26, 2009, Defendant filed a suit on behalf of Duneland Health and Wellness Institute against Plaintiff, Scott Nielsen in the Hammond City Court, located in Hammond, Indiana under cause no. 45H04-0911-PL-5491.

**7.**     Ultimately, the Defendant obtained a judgment against Mr. Nielsen.

**8.**     Additionally, Defendant continued to pursue its' collection efforts by filing an Order to Appear in Court.

**9.**     The Hammond City Court is approximately 54 miles from the Plaintiff's residence.

**10.**    The Laporte County Courthouse is located approximately 4.5 miles from the Plaintiff's residence.

### VIOLATIONS OF THE FDCPA BY DEFENDANTS

**11.**    Defendant has violated 15 U.S.C. §1692i by filing suit in the Hammond City Court in Lake County, Indiana.

**12.**    **15 U.S.C. 1692i. Legal Action by Debt Collectors.**

Any debt collector who brings any legal action on a debt against any consumer shall—

(1) in the case of an action to enforce an interest in real property securing the consumer's obligation, bring such action only in a judicial district or similar legal entity in which such real property is located; or

(2) in the case of an action not described in paragraph (1), bring such action only

2

in the judicial district or similar legal entity—
> (A) *in which such consumer signed the contract* sued upon; or
> (B) *in which such consumer resides* at the commencement of the action.

**13.** Defendant has violated 15 U.S.C. §1692i(2).

**14.** Defendant has violated 15 U.S.C. §1692e.

**15.** Defendant has violated 15 U.S.C. §1692f.

WHEREFORE, plaintiff requests that the Court enter judgment in his favor against the Defendant for:

1. The maximum amount of statutory and actual damages provided under the FDCPA.
2. Attorney's fees, litigation expenses and costs.
3. Such other and further relief as is appropriate.

Respectfully submitted

By *[signature]*
Michael P. McIlree

**JURY DEMAND**
*[signature]*
Plaintiff demand trial by jury.

Michael P. McIlree, #19847-45
Attorney at Law
821 E. Lincolnway, Ste. 1
Valparaiso, IN 46383
Tel: (219) 548-1800
Fax: (219) 548-5905
Attorney for Plaintiff